COA # 08-12-00145-CR          OFFENSE: 21.04

STYLE: Danny Richard Rivers, Jr. v. The State of Texas          COUNTY: Wichita

COA DISPOSITION: AFFIRMED          TRIAL COURT: 30th District Court

DATE: 7/23/14          Publish: NO   TC CASE #: 51,391-A

## IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Danny Richard Rivers, Jr. v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: 01/14/2015          SIGNED: _____   PC: _____
JUDGE: _Per Curiam_          PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____

Vol. 1 of 2